382 A.2d 743

Commonwealth v. Brodeur, Appellant.

Submitted March 24, 1977. Anthony G. Bateman, for appellant; Stephen S. Seeling, Assistant District Attorney, and F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.